**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 17-1868**

─────────────

ANDRE JUSTE,

          Plaintiff - Appellant,

     v.

LINDSAY ANN MARIE BRENNAN; LINDSAY ANN MARIE PHILLIPS,

          Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Florence.  Mary G. Lewis, District Judge.  (4:16-cv-03757-MGL)

─────────────

Submitted:  November 21, 2017          Decided:  November 27, 2017

─────────────

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Andre Juste, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Juste seeks to appeal the district court's order dismissing without prejudice his civil action related to child custody. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on January 10, 2017. The notice of appeal was filed on July 10, 2017.[*] Because Juste failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny Juste's motion for a child custody order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c); *Houston v. Lack*, 487 U.S. 266 (1988). Juste's notice of appeal filing was undated, but the mailing envelope was postmarked July 10, 2017.